**SO ORDERED.**

**SIGNED this 05 day of April, 2012.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

**IN RE:**

**MOSAFFA KATEBI,**                               **CASE NO. 12-00768-8-JRL**

    **DEBTOR.**                                            **CHAPTER 7**

_____

**ORDER**

This matter came before the court on the court's order to show cause for failure to submit tax returns. A hearing was held on April 4, 2012, in Raleigh, North Carolina.

The debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code on January 31, 2012. The debtor failed to provide the Bankruptcy Administrator with a copy of his most recent tax returns. On February 24, 2012, the court ordered the debtor to appear and show cause why sanctions should not be imposed for this failure. This marked the eighth show cause in which debtor's counsel has been involved in the last year.

Based on the debtor's undisputed failure to submit tax returns, the court imposes a sanction of $250.00, to be paid to the clerk by debtor's counsel on or before April 16, 2012.

**END OF DOCUMENT**